01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. CR16-287-JLR
09             Plaintiff,                   )
                                            )
10        v.                                )
                                            )
11   ANGEL SERRANO CARRENO,                 )   DETENTON    ORDER    PENDING
                                            )   EVIDENTIARY HEARING
12             Defendant.                   )   18 U.S.C. §§3148(b) and 3143(A)
     _____)
13

14        The United States moved for revocation of defendant's release, alleging violation of the

15   conditions of release.   An evidentiary hearing has been scheduled.   The government moved to

16   detain defendant pending resolution of the allegations, and a detention hearing was conducted

17   on December 5, 2016.

18        It is therefore ORDERED as follows:

19   1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

20        General for confinement in a correction facility separate, to the extent practicable, from

21        persons awaiting or serving sentences or being held in custody pending appeal;

22   2.   Defendant shall be afforded reasonable opportunity for private consultation with

DETENTON ORDER PENDING EVIDENTIARY
HEARING 18 U.S.C. §§3148(b) and 3143(A)
PAGE -1

01      counsel;

02   3.  On order of the United States or on request of an attorney for the Government, the

03      person in charge of the corrections facility in which defendant is confined shall deliver

04      the defendant to a United States Marshal for the purpose of an appearance in connection

05      with a court proceeding; and

06   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

07      for the defendant, to the United States Marshal, and to the United State Pretrial Services

08      Officer.

09      DATED this <u>5th</u> day of December, 2016.

10

11

                   Mary Alice Theiler

12                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22