UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL SERRANO CARRENO,<br><br>Defendant | Case No. CR16-287-JLR-9<br><br>ORDER (Proposed) |

This matter have coming before the Court on the Defendant's Motion to Withdraw as Attorney (ECF No. 408) the Court have reviewed the files herein NOW AND THERFORE:

The Motion is GRANTED.

Done this 14th day of July, 2017.

_____
James L. Robart
United States District Judge

ORDER - 1

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

ORDER - 2