JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | NO. CR 16-287 JLR |
| vs. | ~~[PROPOSED]~~ ORDER EXTENDING MOTIONS DEADLINE FOR MR. SERRANO CARRENO |
| ANGEL SERRANO CARRENO, | |
| Defendant. | |

THE COURT has considered the amended motion of Mr. Serrano-Carreno (Dkt. #479) to extend the pretrial motions deadline as it pertains to him, to September 1, 2017, and

IT IS THEREFORE ORDERED that pretrial motions shall be filed no later than September 1, 2017, and the original motion to extend (Dkt. #478) be stricken as moot.

DONE this 10th day of August, 2017.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

-1-

ORDER ON MOTION TO EXTEND MOTIONS
DEADLINE

The Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.445.0215 – Fax 206.682.3746
e-mail: david@hammerstadlaw.com

Presented by

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, WA 98101

ORDER ON MOTION TO EXTEND MOTIONS
DEADLINE

The Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com