JUDGE JAMES L. ROBART

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

Plaintiff

vs.

ANGEL SERRANO CARRENO

Defendant.

NO. CR 16-287

ORDER GRANTING LEAVE TO FILE
AN OVER-LENGTH BRIEF

Defense counsel having moved for leave to file a brief in excess of 12 pages in length in support of a motion to suppress evidence found in the search of the defendant's residence, and having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented and that the motion should be granted.  Accordingly, it is hearby

ORDERED that the defendant may file a brief not to exceed 20 pages in support of the proposed motion to suppress evidence found in the search of the defendant's residence.

Done this 5 day of September, 2017.

Hon. James L. Robart
U.S. District Court Judge

-1-

ORDER ON MOTION FOR LEAVE TO FILE AN OVER-
LENGTH BRIEF

Law Office of David Hammerstad, LLC
1111 3rd Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com