Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANGEL SERRANO CARRENO,<br><br>Defendant. | NO. CR16-287JLR<br><br>[~~Proposed~~]<br>ORDER GRANTING LEAVE TO FILE<br>OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE AND REQUEST FOR *FRANKS* HEARING<br><br>(Dkt Nos. 516 and 517) |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States to file its Response to Defendant Angel Serrano Carreno's Motions to Suppress Evidence and Request for *Franks* Hearing (Dkt No. 516 and 517) in excess of 12 pages, but no more than 25 pages.

DATED this 10th day of September, 2017.

JAMES L. ROBART
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Serrano Carreno*
CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970