Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
|---|---|
| Plaintiff | [~~Proposed~~] ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTIONS *IN LIMINE* (DKT NO. 511) |
| v. | |
| ANGEL SERRANO CARRENO, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States' to file its Response to Defendant Angel Serrano Carreno's Motions *in Limine* (Dkt No. 511) in excess of 12 pages, but no more than 15 pages.

DATED this 10th day of September, 2017.

JAMES L. ROBART
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Serrano Carreno*
CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970