Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANGEL SERRANO CARRENO,<br><br>Defendant. | NO. CR16-287JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Exhibit 1 to its response to the defendant's motion to suppress search of residence;

//
//
//

Order to Seal
U.S. v. Serrano Carreno, CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   It is hereby ORDERED that the United States' Exhibit 1 shall remain sealed.

4   DATED this 10th day of Sept., 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*S/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

Order to Seal
*U.S. v. Serrano Carreno*, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970