UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>ANGEL SERRANO CARRENO,<br><br>               Defendant. | CASE NO. CR16-0287JLR<br><br>ORDER DENYING DEFENDANT'S RULE 38(b) MOTION |

The court has reviewed Defendant Angel Serrano Carreno's motion (Dkt. # 786) for a judicial recommendation addressed to the United States Bureau of Prisons, an agency under the ultimate authority of the Attorney General, that Mr. Serrano Carreno be held in the Western District of Washington for an additional 120 days. The court, having conducted a multi-week trial in this matter and being aware of Mr. Serrano Carreno's

//

//

//

ORDER - 1

recent conduct, does not find the motion meritorious. The motion (Dkt. # 786) is DENIED.

Dated this 30th day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2